UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------X   Chapter   **7**

IN RE:   **Jun Ho Cho**

Case No.:

Debtor(s)   STATEMENT PURSUANT TO LOCAL RULE 2017

----------------------------------------------X

I, **sungchan cho**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **12/21/2018 2hours** | Initial interview, analysis of financial condition, etc. |
| **12/24/2018, 1/10/2019, 1/22/2019 6hrs** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __**1,100.00**__ .

Dated: **February 16, 2019**

/s/ **sungchan cho**
**sungchan cho**
Attorney for debtor(s)
**Sungchancho Attorney at Law**
**3571 162nd Street**
**Flushing, NY 11358**

**718321 2577 Fax:718 321 2577**
**mac4326@ymail.com**